AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Jeffrey Brian Voorhees
*Petitioner*

v.                                    Case No. 2:25 cv 83
                                      *(Supplied by Clerk of Court)*

A.G. Pam Bondi & H.L. Ray, Warden
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

2025 JUN 11 A 10: 52
CLERK
S.D. DIST. OF GA.

**EMERGENCY**
**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: Jeffrey Brian Voorhees
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Federal Satellite Low - Jesup
   (b) Address: 2680 US Highway 301 South
               Jesup, Georgia 31599
   (c) Your identification number: 26256-509
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
   United States District Court
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

**Decision or Action You Are Challenging**

5. What are you challenging in this petition: Immediate release to supervised release
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: Warden H.L. Ray and Case Manager refuse to apply my 1,061 accrued program days and effectuate my immediate release even after the May 28, 2025 memorandum from the Director of the BOP requiring home confinement priority.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Federal Satellite Low - Jesup
   2680 US Highway 301 South, Jesup, Georgia 31599
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   No decision was given by Case Manager, Warden H.L. Ray, nor A.G. Pam Bondi

   (d) Date of the decision or action: N/A

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes            ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Warden H.L. Ray
       Case Manager said this matter must be addressed by the Warden
       (2) Date of filing: April 30, 2025
       (3) Docket number, case number, or opinion number: _____
       (4) Result: No response from Unit Team and/or Warden H.L. Ray
       (5) Date of result: _____
       (6) Issues raised: 1,061 programming days that have not been applied to my sentence in accordance with the First Step Act and the Second Chance Act.

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes            ☒ No

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes         ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes         ☐ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes         ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:
      (1) Date of filing: _____
      (2) Case number: _____
      (3) Result: _____
      (4) Date of result: _____
      (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☒ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of Due Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Director of the BOP issued a Memorandum on May 28, 2025 directing the Unit Team to prioritize home confinement placement and utilize home confinement dates when appropriate. The Unit Team and Warden are refusing to use and/or follow the directive from the Director of the BOP.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Cruel and Unusual Punishment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
By refusing to apply Petitioner's 1,061 programming days Respondent has exceeded Petitioner's the incarceration portion of Petitioner's sentence. Even though the Director of the BOP has directed Unit Teams and Wardens to move inmates to home confinement, halfway house based on FSA and SCA scores.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Violation of Due Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Respondent failed to properly apply and produce calculating mechanism used to calculate FSA and SCA earned time credits.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes           ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do:   (1) immediate release to supervised relesae; (2) provide Petitioner with a full and complete copy of the calculating mechanism used to calculate accrue programs days awarded for programming.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _FSL - JESUP on 9-Jun-2025_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _9/Jun/25_   _Jeffrey Voorhees_
                    *Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

BP-S148.055  INMATE REQUEST TO STAFF CDFRM                              SEP 98
U.S. DEPARTMENT OF JUSTICE                                 FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) H.L. Ray, For Pamela J. Bondi | DATE: 4/30/2025 |
| FROM: Jeffrey B. Voorhees | REGISTER NO.: 26256-509 |
| WORK ASSIGNMENT: Unicor | UNIT: A-315 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On 4-30-2025, According to F.B.O.P. Records I Have Earned 1061 "Accrued Program" Days. Under the Frist Step Act's original text and loper Bright Enterprises v. Ramundo 603. U.S. 2024 And 18 U.S.C. 3624 (g)(1)(A) and 28 CFR § 523.44 (b). I can apply the 1061 Accrued program Days to My conditional Placement Date 4-26-2025 To effectuate my immediate Release. Although this Rule has Been Previously misinterpreted by The F.B.O.P. Simply Because The F.B.O.P. Changed "The word "Shall" with The word "May" Because of the Ambiguity in the First Step Act which was Then supported by the "since" overuled "Chevron U.S.A, INC. v. Natural Resources Defense Coursel INC. 467 US. 837 1045, C.F. 2778. This BP-8 is consistent with The Exitaustion of Administrative Remedy Required in the Filing/Petitioning the court in Jeffrey Voorhees V. Pamela J. Bondi (Attorney General) and H.L. Ray (Warden FSL Jesup). Done and executed on this 30 Day of 4, 2025 and copied to warden H.L. Ray for Pamela J Bondi (A.G.) Also see: CROWE v. BOP

(Do not write below this line)

DISPOSITION:


Signature Staff Member                          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)            This form replaces BP-148.070 dated Oct 86

# FSA Time Credit Assessment

Register Number:26256-509, Last Name:VOORHEES

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ---------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 03-02-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 08-24-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 09-08-2026
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 08-24-2026
SCA Conditional Placement Days: 365
SCA Conditional Placement Date: 08-24-2025
FSA Conditional Placement Days: 120
FSA Conditional Placement Date: 04-26-2026
Conditional Transition To Community Date: 04-26-2025

03-02-2025                                              (2)

## FSA Time Credit Assessment
Register Number:26256-509, Last Name:VOORHEES

**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 26256-509           Responsible Facility: JES
Inmate Name                              Assessment Date.....: 03-02-2025
   Last.............: VOORHEES           Period Start/Stop...: 04-06-2022 to 03-02-2025
   First............: JEFFREY            Accrued Pgm Days....: 1061
   Middle...........: BRIAN              Disallowed Pgm Days.: 0
   Suffix...........:                    FTC Towards RRC/HC..: 0
Gender.............: MALE                FTC Towards Release.: 350
Start Incarceration: 03-14-2022          Apply FTC to Release: Yes
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-06-2022 | 03-02-2025 | accrue | 1061 |

```
  Accrued Pgm Days...: 1061
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 350
```

--- **FSA Assessment(s)** ---

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 04-06-2022 | 05-04-2022 | R-HI | 04-11-2023 06:50 | 10 |
| 002 | 05-04-2022 | 10-31-2022 | R-HI | 04-11-2023 06:50 | 10 |
| 003 | 10-31-2022 | 04-29-2023 | R-HI | 04-11-2023 06:50 | 10 |
| 004 | 04-29-2023 | 10-26-2023 | R-HI | 04-11-2023 06:50 | 10 |
| 005 | 10-26-2023 | 04-23-2024 | R-MED | 10-04-2023 13:24 | 10 |
| 006 | 04-23-2024 | 10-20-2024 | R-MED | 03-18-2024 12:21 | 10 |
| 007 | 10-20-2024 | 04-18-2025 | R-LW | 08-14-2024 10:02 | 10 |

```
JESJI   606.00  *      MALE CUSTODY CLASSIFICATION FORM       *      05-11-2025
PAGE 001 OF 001                                                       10:23:44
```

## (A) IDENTIFYING DATA

REG NO..: 26256-509              FORM DATE: 05-08-2024            ORG: DSC
NAME....: VOORHEES, JEFFREY BRIAN
                                 MGTV: GRTR SECU
PUB SFTY: NONE                   MVED: 05-08-2025

## (B) BASE SCORING

| | |
|---|---|
| DETAINER: (0) NONE | SEVERITY.......: (1) LOW MOD |
| MOS REL.: 39 | CRIM HIST SCORE: (10) 17 POINTS |
| ESCAPES.: (0) NONE | VIOLENCE.......: (0) NONE |
| VOL SURR: (0) N/A | AGE CATEGORY...: (2) 36 THROUGH 54 |
| EDUC LEV: (0) VERFD HS DEGREE/GED | DRUG/ALC ABUSE.: (1) <5 YEARS |

## (C) CUSTODY SCORING

| | |
|---|---|
| TIME SERVED.....: (4) 26-75% | PROG PARTICIPAT: (2) GOOD |
| LIVING SKILLS...: (2) GOOD | TYPE DISCIP RPT: (5) NONE |
| FREQ DISCIP RPT.: (3) NONE | FAMILY/COMMUN..: (4) GOOD |

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|---|---|---|---|---|---|---|---|
| +14 | +20 | -4 | +10 | MINIMUM | LOW | IN | DECREASE |

P0027     MANAGEMENT VARIABLE HAS EXPIRED - DSCC NEEDS TO REVIEW
G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: VOORHEES, JEFFREY BRIAN   26256-509

SEQUENCE: 02278393
Team Date: 01-29-2025

| | | |
|---|---|---|
| Facility: | JES  JESUP FCI | Proj. Rel. Date:   09-28-2026 |
| Name: | VOORHEES, JEFFREY BRIAN | Proj. Rel. Mthd:   FIRST STEP ACT RELEASE |
| Register No.: | 26256-509 | DNA Status:   JES05320 / 04-21-2022 |
| Age: | 41 | |
| Date of Birth: | 06-20-1983 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Inmate Photo ID Status

Full status incomplete - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| JES | L UNICOR 1 | UNICOR- R. PAISLEY | 09-15-2024 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| JES | ESL HAS | ENGLISH PROFICIENT | 04-19-2022 |
| JES | GED EARNED | GED EARNED IN BOP | 10-31-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| JES FSL | C | RPP#1 AIDS AWARENESS | 07-24-2024 | 07-24-2024 |
| JES | C | PRE-GED 1:30PM-3:30PM | 10-14-2022 | 10-31-2023 |
| JES | C | ACE ALGEBRA CLASS @ FCI | 08-14-2023 | 11-01-2023 |
| JES | C | WALK WITH EASE PROGRAM @ FCI | 07-26-2023 | 10-10-2023 |
| JES | C | JOB FAIR INTERVIEW @ FCI | 09-20-2023 | 09-20-2023 |
| JES | C | S-ESSENTIAL WORK READY | 07-13-2023 | 09-20-2023 |
| JES | C | PROBABILITY & STATISTICS @ FCI | 04-27-2023 | 07-19-2023 |
| JES | C | US HISTORY & CIVICS @ FCI | 04-27-2023 | 07-19-2023 |
| JES | C | ACE SPANISH 1 CLASS @ FCI | 01-16-2023 | 04-13-2023 |
| JES | C | YOGA PROGRAM @ FCI | 01-30-2023 | 03-21-2023 |
| JES | C | RPP#1 AIDS AWARENESS | 04-27-2022 | 04-27-2022 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-26-2022 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-06-2022 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-26-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-26-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED | 05-24-2023 |
| ED COMP | DRUG EDUCATION COMPLETE | 01-06-2023 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 05-22-2023 |
| MAT DECL | MED ASSIST TRMT DECLINE | 07-01-2024 |
| NR COMP | NRES DRUG TMT/COMPLETE | 08-07-2023 |

### FRP Payment Plan

Most Recent Payment Plan



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: VOORHEES, JEFFREY BRIAN  26256-509

SEQUENCE: 02278393
Team Date: 01-29-2025

**Most Recent Payment Plan**

**FRP Assignment:** COMPLT   FINANC RESP-COMPLETED   Start: 02-14-2023
**Inmate Decision:** AGREED   50%   Frequency: MONTHLY
**Payments past 6 months:** $0.00   Obligation Balance: $0.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $ N/A         Payments commensurate ?   N/A
New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 11-15-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 04-22-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-29-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-29-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-29-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 04-29-2022 |
| N-EDUC N | NEED - EDUCATION NO | 01-29-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-29-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-29-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-29-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 01-29-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-29-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-29-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 01-29-2025 |
| N-WORK N | NEED - WORK NO | 01-29-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-29-2025 |

**Progress since last review**

Last rec to Maintain clear conduct (did) Obtain work assignment (did)Enroll in Finance class to satisfy FSA Need(did not)
Has GED
FRP Complete
Currently on UNICOR detail
No SS card or birth cert on file

**Next Program Review Goals**

Continue work in UNICOR
Maintain clear conduct
Have SS card and birth cert mailed to Counselor
Enroll in FSA Element (Finance)

**Long Term Goals**

Maintain clear conduct throughout incarceration Complete Finance and Substance Abuse FSA Needs by 03-2026. Save $1000 for release by 01-2026.

**RRC/HC Placement**

No.
Management decision - Will review for RRC placement 17 to 19 months out from GCT release date..
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission



| Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 02278393 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 01-29-2025 |
| Plan is for inmate: VOORHEES, JEFFREY BRIAN  26256-509 | |

**Comments** ✓

Inmate was reassessed for at risk of sexual victimization or abusiveness in accordance with PREA guidelines. No new factors are present
 FTC Ineligible
No change in PREA status since initial intake screening
FTC Eligible
Custody Classification is 11 points.

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:26256-509, Last Name:VOORHEES

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

```
Register Number: 26256-509              Risk Level Inmate....: R-LW
Inmate Name                                General Level......: R-LW (39)
  Last.........: VOORHEES                  Violent Level......: R-LW (15)
  First........: JEFFREY                Security Level Inmate: MINIMUM
  Middle.......: BRIAN                  Security Level Facl..: LOW
  Suffix.......:                        Responsible Facility.: JES
Gender.........: MALE                   Start Incarceration..: 03/14/2022
```

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 41 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 17 | 40 | 15 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | CompletedNRDAP | -2 | -1 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 5 | -9 | -3 |
| Work Programs | 2 | -2 | -2 |
| | Total | 39 | 15 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 5
General Score: -9, Violent Score: -3
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | ED COMP | 01/06/2023 13:52 | |
| EDC | M SPANISH1 | 01/16/2023 00:01 | 01/16/2023 00:01 |
| EDC | M PROB/STA | 04/27/2023 00:01 | 04/27/2023 00:01 |
| EDC | M USHIST&C | 04/27/2023 01:21 | 04/27/2023 01:21 |
| EDC | M ALGEBRA | 08/14/2023 14:07 | 08/14/2023 14:07 |

Item: Work Programs, Value: 2
General Score: -2, Violent Score: -2
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | EWRP | 07/13/2023 13:30 | 07/13/2023 13:30 |

Assessment Date: 01/29/2025                    (1)                    Assessment# R-2146059956

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**
Register Number:26256-509, Last Name:VOORHEES

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

WRK        L UNICOR 1   09/15/2024 09:09

```
Jeffrey Brian Voorhees
Reg. No. 26256-509
Federal Correctional Institution FSL
2600 US Highway 301 South
Jesup, Georgia   31599
```






Jacksonville, FL P&DC
MON 09 JUN 2025 PM

```
Clerk of Court
Southern District Court of Georgia
Brunswick Division
P.O. Box 1636
Gloucester Street
Brunswick, Georgia   31520
```

